AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
September 16, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____AB_____
DEPUTY

| | |
|---|---|
| United States of America<br>v.<br><br>Ramiro Barrera-Gonzalez<br><br>*Defendant(s)* | )<br>)<br>) Case No. SA-25-MJ-1298<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 13, 2025 in the county of BEXAR in the WESTERN District of TEXAS, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C. Section 111(a)(1) and (b) | Assault on a Federal Officer<br><br>Penalties: Up to 8 years Imprisonment, $250,000 Fine, 3 years Supervised Release and $100 Mandatory Special Assessment. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☒ Continued on the attached sheet.

Tracey.Matthew.Gerard.K10D07B89
Digitally signed by Tracey.Matthew.Gerard.K10D07B89
Date: 2025.09.15 16:52:03 -05'00'

*Complainant's signature*

Matthew Tracey, SA FBI

*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: 09/16/2025

*Judge's signature*

City and state: San Antonio, Texas

RICHARD B. FARRER, US MAGISTRATE JUDGE

*Printed name and title*

AFFIDAVIT IN SUPPORT COMPLAINT AFFIDAVIT

I, Matthew Tracey, being duly sworn, depose and state that:

1. I am a Special Agent ("SA") of the Federal Bureau of Investigation ("FBI") and have been so employed since April 2023. I am currently assigned to the FBI San Antonio Field Office, Violent Crime Gangs Squad. As a federal agent, I am authorized to investigate violations of laws of the United States which includes Assaults on Federal Officers. Prior to becoming a Special Agent, I was a Police Officer for the Los Angeles Police Department.

2. This affidavit is being submitted in support of an Application for a Criminal Complaint for **RAMIRO BARRERA-GONZALEZ (hereafter BARRERA).**

3. The factual information supplied in this affidavit is based upon your Affiant's own investigation of this matter, as well as information provided by other law enforcement agents. Since this affidavit is submitted for the purpose of securing a complaint, it does not include every fact known to the Affiant concerning this investigation. The Affiant has set forth facts that he believes establish probable cause to believe **BARRERA**, has violated the provisions of Title 18 U.S.C. Section 111(a)(1) and (b) – Assault on a Federal Officer.

4. On September 11, 2025, **BARRERA**, was in federal custody pursuant to being arrested the federal charge of Title 8 USC 1325 – Improper Entry by Alien. While in custody, **BARRERA** ingested a chemical substance (bleach). Due to ingesting bleach, **BARRERA** was transported to the Methodist Metropolitan Hospital, 1310 McCullough Ave, San Antonio, Texas 78212 for medical treatment.

5. On September 13, 2025, a U.S. Border Patrol Agent (hereafter BPA) with U.S. Customs and Border Protection, under the Department of Homeland Security, reported to the

Methodist Metropolitan Hospital in San Antonio. BPA reported in his official capacity with a holstered duty weapon, a Glock 19, on his right hip, to work a hospital watch shift. During this shift BPA maintained custody of **BARRERA** while he is in hospital.

6. Around 9:40 PM, while BPA was escorting **BARRERA** to the restroom as part of his official duties. **BARRERA** pushed a walker he was using in front of him, turned around and lunged towards BPA's firearm, using both hands to grab the front of BPA's holster and the handle of the firearm, which was attached to his belt. **BARRERA** struggled with BPA over the firearm. During the altercation BPA wrestled **BARRERA** to the ground, causing both **BARRERA** and BPA to fall to the ground. As a result, BPA fell on top of the walker, which caused a scratch to BPA's forearm.

7. Once both **BARRERA** and BPA were on the ground **BARRERA** grabbed the holster with enough force that it detached the holster with the duty firearm inside. This placed the holstered firearm briefly in **BARRERA's** possession. To regain possession of the holstered firearm the BPA engaged **BARRERA** in another physical struggle. **BARRERA** had a good grip on the handle of the gun, however BPA exerted physical force on **BARRERA** until he released the firearm and BPA regained control over it. After taking control over the holstered firearm, the BPA restrained **BARRERA** and sought medical attention.

8.     Based on the aforementioned facts, your Affiant respectfully submits that there is probable cause to believe that on September 13, 2025, in the Western District of Texas, **BARRERA** did knowingly interfere with a federal agent in the performance of his official duties, in doing so made physical contact with the officer, in violation of Title 18, United States Code Section 111(a)(1) and (b).

Tracey.Matthew.Gerard.K10D07B89
Digitally signed by Tracey.Matthew.Gerard.K10D07B89
Date: 2025.09.15 16:52:27 -05'00'

MATTHEW TRACEY
Special Agent, FBI
San Antonio, Texas

Subscribed to and sworn to before me this ___16th___ day of September, 2025

_____
HONORABLE RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE